Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/4/2020



jv

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
TODD BRANDON LAMPLEY  
MELISSA DAWN LAMPLEY

CASE NO. 17-03360-CW3-13  
6/3/20

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **NATIONSTAR MORTGAGE** shall increase from **$753.29 to $763.85** beginning with the **6/20** disbursement.

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors. Impacted creditors may be:

**TITLEMAX OF TENNESSEE INC** at **$25.00** per month.  
**INSOLVE AUTO FUNDING** at **$441.90** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

NOTICE TO:

TODD BRANDON LAMPLEY & MELISSA DAWN LAMPLEY 1016 GLENDALE RD, WHITE BLUFF, TN 37187

LONG BURNETT AND JOHNSON PLLC 302 42ND AVE NO, NASHVILLE, TN 37209

NATIONSTAR MORTGAGE P O BOX 619096, DALLAS, TX 75261-9741  
NATIONSTAR MORTGAGE P O BOX 619094, DALLAS, TX 75261-9741

ALDRIDGE PITE LLP 4375 JUTLAND DRIVE SUITE 200, P O BOX 17933, SAN DIEGO, CA 92177-0933

**AFFECTED CREDITORS**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.  
United States Bankruptcy Court.